# PLAINTIFF'S
## WITNESS LIST – WILL CALL

Case Name:   **Conoco-Phillips Pipe line Company v. Easement and Right-of-Way Across: T36N, R11W, MPM, et al.**

Cause No.:   CV-11-01-GF-SEH

| Date | Name | City & State | Manner of Presentation | Expert?/ Date of Report | Depo. Excerpt/ Summary | Objections |
|------|------|--------------|------------------------|-------------------------|------------------------|------------|
| 7/21/14 | Norman H. Lee | Hamilton MT | in person | Yes 7-3-13 | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |